# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, M.K. JAMISON**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**MICHAEL A. RIVAS**
**CULINARY SPECIALIST THIRD CLASS, U.S. NAVY**

**NMCCA 201400137**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 19 December 2013.
**Military Judge**: CAPT Robert Blazewick, JAGC, USN.
**Convening Authority**: Commander, Navy Region Southeast, Naval Air Station, Jacksonville, FL.
**Staff Judge Advocate's Recommendation**: CDR N.O. Evans, JAGC, USN.
**For Appellant**: CDR Bree A. Ermentrout, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**17 April 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court